# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| Robert Toepfer, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-02366-KJM-CSK |
| City of Vallejo, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, ANDREW MURRAY, NATALIE PETERSON.

Date: 10/01/2024

/s/ Hampton A. Jackson
*Attorney's signature*

Hampton A. Jackson, SBN 326209
*Printed name and bar number*

City Attorney's Office
City of Vallejo
555 Santa Clara St, 3rd Floor
Vallejo, CA 94590
*Address*

hampton.jackson@cityofvallejo.net
*E-mail address*

(707) 648-4545
*Telephone number*

(707) 648-4687
*FAX number*