# RETURN OF SERVICE

2:24-CV-2366
KJM CSK

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 10-1-24 |
| NAME OF SERVER (PRINT) Robert Toepfer | TITLE |

Check one box below to indicate appropriate method of service

City

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Issavah Castro

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5 mi | | 5 mi |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-1-24
               Date

Signature of Server: Robert Toepfer

Address of Server: 505 Azvar dr

**FILED**
OCT 02 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK