UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT TOEPFER, et al., | Case No. 2:24-cv-02366-KJM-CSK |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On October 7, 2024, the undersigned issued Findings and Recommendations denying Plaintiffs Robert Toepfer, Shawn O'Malley, Joan Alford, James Nelson, Pam Nelson, Cassandra Salinas, and Michael L. Mardell's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) and dismissing Plaintiff's Complaint (ECF No. 1) without prejudice. (ECF No. 22.)[1] The Findings and Recommendations were issued after the Court held a hearing at which all Plaintiffs appeared, and where the Court explained the procedures for Findings and Recommendations, and the timing for the objection period. (ECF No. 20.) No objections were filed to the October 7, 2024 Findings and Recommendations. *See* Docket. On December 6, 2024, the District Judge adopted the Findings and Recommendations in full, denying Plaintiffs' Motion for

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

1

Temporary Restraining Order and Preliminary Injunction and dismissing Plaintiffs' Complaint with leave to amend, and directing Plaintiffs to file an amended complaint within thirty (30) days of the date of the order. (ECF No. 23.) The applicable deadline has now passed, and Plaintiffs have failed to file an amended complaint. In addition, on October 9, 2024, October 15, 2024, October 16, 2024, October 17, 2024, October 21, 2024, October 22, 2024, November 4, 2024, December 26, 2024, and January 6, 2025, mail was returned as undeliverable. To date, Plaintiffs Shawn O'Malley, Joan Alford, James Nelson, Pam Nelson, Cassandra Salinas, and Michael L. Mardell have not updated their addresses with the Court. Plaintiff Robert Toepfer is the only plaintiff for whom the Court's December 6, 2024 Order was not returned as undeliverable. *See* Docket.

A district court may impose sanctions, including involuntary dismissal of a plaintiff's case pursuant to Federal Rule of Civil Procedure 41(b), where the plaintiff fails to prosecute his or her case or fails to comply with the court's orders, the Federal Rules of Civil Procedure, or the court's local rules. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991) (recognizing that a court "may act *sua sponte* to dismiss a suit for failure to prosecute"); *Hells Canyon Preservation Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (approving *sua sponte* dismissals under Rule 41(b)); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), *as amended* (May 22, 1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court."). This Court's Local Rules are in accord. *See* E.D. Cal. Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); E.D. Cal. Local Rule 183(a) (providing that a pro se party's failure to comply with the Federal Rules of Civil Procedure, the court's Local Rules, and other applicable law may support, among other things, dismissal of that party's action).

The Court has considered whether this action should be dismissed at this juncture

due to Plaintiffs' failure to file an amended complaint as ordered by the Court and for failure to notify the Court of Plaintiffs Shawn O'Malley, Joan Alford, James Nelson, Pam Nelson, Cassandra Salinas, and Michael L. Mardell's current addresses. At the October 4, 2024 hearing, which all Plaintiffs attended, the Court explained the procedures for Findings and Recommendations, the timing for the objection period, and reminded Plaintiffs of their obligation to provide their current addresses to the Clerk's Office. (ECF No. 20.)

As noted above, Plaintiffs Shawn O'Malley, Joan Alford, James Nelson, Pam Nelson, Cassandra Salinas, and Michael L. Mardell's copies of the Courts' orders have been returned as undeliverable for months. Despite such returns, these Plaintiffs were properly served. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. It is a plaintiff's responsibility to keep the Court apprised of their current address at all times. It appears that Plaintiffs Shawn O'Malley, Joan Alford, James Nelson, Pam Nelson, Cassandra Salinas, and Michael L. Mardell have failed to comply with Local Rule 183(b), which provides that:

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

Here, the Court's orders were returned as undeliverable beginning in October 2024, over five months ago, and to date Plaintiffs Shawn O'Malley, Joan Alford, James Nelson, Pam Nelson, Cassandra Salinas, and Michael L. Mardell have failed to notify the Court of their current addresses. Nevertheless, in light of Plaintiffs' pro se status, the Court first attempts lesser sanctions by issuing this order to show cause. Plaintiffs have twenty-one (21) days to respond to this order to show cause and file an amended complaint and provide current addresses for Plaintiffs Shawn O'Malley, Joan Alford, James Nelson, Pam Nelson, Cassandra Salinas, and Michael L. Mardell. Plaintiffs are warned that the failure to file an amended complaint and/or provide current addresses

within twenty-one (21) days will result in a recommendation to dismiss this action for failure to prosecute.

It is HEREBY ORDERED that:

1) All Plaintiffs have twenty-one (21) days to respond to the order to show cause and file an amended complaint; and

2) Plaintiffs Shawn O'Malley, Joan Alford, James Nelson, Pam Nelson, Cassandra Salinas, and Michael L. Mardell have twenty-one (21) days to provide their current addresses.

Plaintiffs are cautioned that failure to respond to this order will result in a recommendation to dismiss Plaintiffs' claims for failure to prosecute.

Dated: February 27, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, toep2366.24